D. JAMES TREE                    U.S. District Court Judge Ricardo S. Martinez
Attorney At Law
Tree Law Offices
3711 Englewood Avenue
Yakima, WA  98902
Telephone: (509) 452-1700
Fax:  (509) 577-9109

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN WASHINGTON**

| | |
|---|---|
| ALESIA GREGSON for XJ,  )<br>A Minor Child,  )<br>   )<br>      Plaintiff,  )<br>   )<br>     v.  )<br>   )<br>JO ANNE B. BARNHART,  )<br>Commissioner, Social  )<br>Security Administration,  )<br>   )<br>      Defendant.  ) | Civil Action No.   C05-0196-RSM<br><br>ORDER FOR EXTENSION<br>OF TIME FOR PLAINTIFF<br>TO FILE OPENING BRIEF |

Upon agreed motion of the parties for an extension of time for plaintiff to file their opening brief,

**IT IS ORDERED** that said motion be, and the same hereby is, granted and said plaintiff is allowed additional time, through June 22, 2005, in which to file plaintiff's opening brief.

**IT IS FURTHER ORDERED** that defendant shall have until July 20,

ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF  1

2005, in which to file the Commissioner's brief, and plaintiff shall have until

August 3, 2005, to file their optional reply brief.

DATED this 27th day of May, 2005.

                                          s/ Mary Alice Theiler
                                          United States Magistrate Judge


Presented by:

 D. JAMES TREE, WSBA#1697
Attorney for Plaintiff


       DATED this 25th day of May 2005.

                                          Respectfully submitted,

                                          s/ D. JAMES TREE, WSBA#16976
                                          Attorney for Plaintiff
                                          3711 Englewood Avenue
                                          Yakima, Washington 98902
                                          Telephone:  (509) 452-1700
                                          Fax:  (509)  577-9109

ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF  2