01

02

03

04                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
05                                  AT SEATTLE

ALESIA GREGSON, o/b/o X.J., a minor child, )      CASE NO. C05-0196-RSM
06                                          )
            Plaintiff,                      )
07                                          )
            v.                              )      ORDER OF DISMISSAL
08                                          )
JO ANNE B. BARNHART, Commissioner           )
09  of Social Security Administration,      )
                                            )
10          Defendant.                      )
    _____ )
11

12          The Court has reviewed the entire record, including the Administrative Record, the

    memoranda of the parties, the Report and Recommendation of United States Magistrate Judge
13
    Mary Alice Theiler and the Plaintiff's Objections to the Report and Recommendation.  It is
14
    therefore ORDERED:
15
            (1)    The Court adopts the Report and Recommendation;
16
            (2)    Plaintiff's complaint is DENIED, and this action is DISMISSED with prejudice;
17
                   and;
18
            (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.
19
            DATED this 1st day of February, 2006.
20

21

22                                          RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE -1